**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | June 08, 2010 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Gerald A Brown
FCI - Oakdale
P.O. Box 5000
Oakdale, LA 71463
#33360-013

**RE:      10-8004, United States v. Brown**
Dist/Ag docket: 2:07-CV-00057-ABJ and 2:05-CR-00077-ABJ-1

Dear Appellant:

Enclosed is a copy of a final order dismissing the appeal entered today in the captioned case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:      James C. Anderson



EAS/at